UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN MARALASON,

       Plaintiff,           CIVIL ACTION NO. 15-cv-11666

   v.

COMMISSIONER OF          MAGISTRATE JUDGE MONA K. MAJZOUB
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order" dated September 28, 2016,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Kathleen Maralason.

Dated:  September 28, 2016        s/ Mona K. Majzoub
                                         MONA K. MAJZOUB
                                         UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

    I hereby certify that a copy of this Judgment was served upon counsel of record on this date.

Dated:  September 28, 2016        s/ Lisa C. Bartlett
                                         Case Manager